IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CELESTE BORYS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TIMOTHY BALLARD, et al.,<br><br>    Defendants. | **ORDER**<br><br>Case No. 2:24-cv-00794-RJS-JCB<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

    Before the court are Defendants' Unopposed Motions for Extensions of Time to Response to the Second Amended Complaint.[1] For good cause shown, the court GRANTS the Motions. Defendant Aerial Recovery shall answer or otherwise respond to the Second Amended Complaint by December 18, 2025, and Defendant Timothy Ballard shall answer or otherwise respond to the Second Amended Complaint by January 12, 2026. The court further VACATES the hearing set for February 10, 2026. The court will reset the hearing for a later date if necessary.

    SO ORDERED this 4th day of December, 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[1] Dkts. 61, 63.