Mark L. Eisenhut (18359)
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
meisenhut@calljensen.com

Attorneys for Defendant Timothy Ballard

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| CELESTE BORYS, MARY HALL, SASHLEIGHA HIGHTOWER, KRISTA KACEY, KIRA LYNCH, and BREE RIGHTER,<br><br>        Plaintiffs,<br><br>        vs.<br><br>TIMOTHY BALLARD, an individual; MATTHEW COOPER, an individual; MICHAEL PORENTA, an individual; OPERATION UNDERGROUND RAILROAD, INC., AKA OUR RESCUE, a Utah non-profit corporation; MS WILLIAMS & COMPANY, LLC, a Wyoming Limited Liability Company, and DOES 1 through 100,<br><br>        Defendants. | **DEFENDANT TIMOTHY BALLARD'S ANSWER TO PLAINTIFF' SECOND AMENDED COMPLAINT**<br><br>Case No.  2:24-CV-000794-RJS<br><br>Judge Robert J. Shelby |

DEFENDANT TIMOTHY BALLARD'S ANSWER TO PLAINTIFF' SECOND AMENDED COMPLAINT

Defendant Timothy Ballard ("Ballard") through its counsel of record, responds to Plaintiffs Celeste Borys, Mary Hall, Sashleigha Hightower, Krista Kacey, Kira Lynch, and Bree Righter's Second Amended Complaint ("Complaint") as follows:

### PARTIES, JURISDICTION, AND VENUE

1.    Paragraph 1 is the identity of a Plaintiff to this action. Therefore, no response is required.

2.    Paragraph 2 is the identity of a Plaintiff to this action. Therefore, no response is required.

3.    Paragraph 3 is the identity of a Plaintiff to this action. Therefore, no response is required.

4.    Paragraph 4 is the identity of a Plaintiff to this action. Therefore, no response is required.

5.    Paragraph 5 is the identity of a Plaintiff to this action. Therefore, no response is required.

6.    Paragraph 6 is the identity of a Plaintiff to this action. Therefore, no response is required.

7.    In response to paragraph 7 of the Complaint, Defendant admits that Ballard is an adult citizen and resident of Utah and founder of Operation Underground Railroad, Inc.

8.    In response to paragraph 8 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8, and on that basis, Defendant denies the allegation.

9.    Paragraph 9 of the Complaint is a recitation of statute and is not an allegation against Defendants. Therefore, no response is required. To the extent a

response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, and on that basis, Defendant denies the allegation.

10. Paragraph 10 of the Complaint is a recitation of statute and is not an allegation against Defendants. Therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10, and on that basis, Defendant denies the allegation.

## GENERAL ALLEGATIONS

11. In response to paragraph 11 of the Complaint, paragraph 11 contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11, and on that basis, Defendant denies the allegations.

12. In response to paragraph 12 of the Complaint, Defendant denies the allegations in paragraph 12.

13. In response to paragraph 13 of the Complaint, paragraph 13 contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13, and on that basis, Defendant denies the allegations.

14. In response to paragraph 14 of the Complaint, paragraph 14 contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

15.    In response to paragraph 15 of the Complaint, paragraph 15 contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

16.    In response to paragraph 16 of the Complaint, paragraph 16 contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16, and on that basis, Defendant denies the allegation.

17.    In response to paragraph 17 of the Complaint, paragraph 17 contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17, and on that basis, Defendant denies the allegation.

18.    In response to paragraph 18 of the Complaint, paragraph 18 contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18, and on that basis, Defendant denies the allegation.

19.    In response to paragraph 19 of the Complaint, paragraph 19 contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19, and on that basis, Defendant denies the allegation.

20.    In response to paragraph 20 of the Complaint, Defendant denies the allegations in paragraph 20.

21.    In response to paragraph 21 of the Complaint, Defendant denies the allegations in paragraph 21.

22.    In response to paragraph 22 of the Complaint, Defendant denies the allegations in paragraph 22.

23.    In response to paragraph 23 of the Complaint, Defendant denies the allegations in paragraph 23.

24.    In response to paragraph 24 of the Complaint, Defendant denies the allegations in paragraph 24.

25.    In response to paragraph 25 of the Complaint, paragraph 25 contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegation.

26.    In response to paragraph 26 of the Complaint, Defendant denies the alleged timing but admits the rest of the allegations as generally accurate.

27.    In response to paragraph 27 of the Complaint, Defendant denies the allegations in paragraph 27.

28.    In response to paragraph 28 of the Complaint, Defendant denies the allegations in paragraph 28.

29.    In response to paragraph 29 of the Complaint, Defendant denies the allegations in paragraph 29.

30.    In response to paragraph 30 of the Complaint, while Defendant cannot know what false information "Ryan" purportedly said, Defendant denies the allegations in paragraph 30.

31.    In response to paragraph 31 of the Complaint, while Defendant cannot know what unknown others may have thought or said, Defendant denies the allegations in paragraph 31.

32.    In response to paragraph 32 of the Complaint, Defendant denies the allegations in paragraph 32.

33.    In response to paragraph 33, the Couples Ruse was indeed used to help uncover trafficking rings. All other allegations of Paragraph 33 are denied.

34.    In response to paragraph 34 of the Complaint, Defendant denies the allegations in paragraph 34.

35.    Paragraph 35 contains allegations regarding purported interactions between third parties to which Defendant was not a party and thus has no knowledge.

36.    In response to paragraph 36 of the Complaint, Defendant denies the allegations in paragraph 36.

37.    In response to paragraph 37 of the Complaint, Defendant denies the allegations in paragraph 37.

38.    In response to paragraph 38 of the Complaint, Defendant denies the allegations in paragraph 38.

39.    In response to paragraph 39 of the Complaint, Defendant denies the allegations in paragraph 39.

40.    In response to paragraph 40 of the Complaint, Defendant denies the allegations in paragraph 40.

41.    In response to paragraph 41 of the Complaint, Defendant denies the allegations in paragraph 41.

42.    In response to paragraph 42 of the Complaint, Defendant's interactions with the stated church are irrelevant and have no role in this case. The remaining allegations are false and thus denied.

43.    Other than that Defendant and others worked with Aerial Recovery to some extent, the remaining allegations are denied.

44.    In response to paragraph 44 of the Complaint, Aerial Recovery was not putting out the alleged movie.

45.    In response to paragraph 45 of the Complaint, Defendant denies the allegations in paragraph 45.

46.    In response to paragraph 46 of the Complaint, the allegations are somewhat accurate although code words varied.

47.    In response to paragraph 47 of the Complaint, Defendant denies the allegations in paragraph 47.

48.    In response to paragraph 48 of the Complaint, Defendant denies the allegations in paragraph 48.

49.    In response to paragraph 49 of the Complaint, Defendant denies the allegations in paragraph 49.

50.    In response to paragraph 50 of the Complaint, Defendant denies the allegations in paragraph 50.

51.    In response to paragraph 51 of the Complaint, Defendant denies the allegations in paragraph 51.

52.    In response to paragraph 52 of the Complaint, the allegations are exaggerated and twisted but it is true that the undercover operatives in such situations must be very comfortable with each other in order to be credible.

53.    In response to paragraph 53 of the Complaint, the allegations mix in some accurate statements with multiple falsehoods and exaggerations and thus the allegations are denied.

54.    In response to paragraph 54 of the Complaint, Defendant denies the allegations in paragraph 54.

55.    In response to paragraph 55 of the Complaint, Defendant denies the allegations.

56.    In response to paragraph 56 of the Complaint, Defendant denies the allegations in paragraph 56.

57.    In response to paragraph 57, Defendant denies the allegations in paragraph 57.

58.    In response to paragraph 58 of the Complaint, Defendant denies the allegations in paragraph 58.

59.    In response to paragraph 59 of the Complaint, Defendant denies the allegations in paragraph 59.

60.    In response to paragraph 60 of the Complaint, Defendant denies the allegations in paragraph 60.

61.    In response to paragraph 61 of the Complaint, Defendant denies the allegations in paragraph 61.

62.    In response to paragraph 62 of the Complaint, paragraph 62 contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

## PLAINTIFFS' ACCOUNTS—CELESTE BORYS

63.    In response to paragraph 63 of the Complaint, Defendant denies the allegations in paragraph 63.

64.    In response to paragraph 64 of the Complaint, Defendant Ballard admits that Borys flew to San Clemente, CA to obtain training (note earlier false allegations of no training), and to keep confidentiality to the extent expected of all undercover operatives. All other allegations are denied.

65.    In response to paragraph 65 of the Complaint, Defendant denies the allegations in paragraph 65.

66.    In response to paragraph 66 of the Complaint, Defendant denies the allegations in paragraph 66.

67.    In response to paragraph 67 of the Complaint, Defendant denies the allegations in paragraph 67.

68.    In response to paragraph 68 of the Complaint, Defendant denies the allegations in paragraph 68.

69.    In response to paragraph 69 of the Complaint, Defendant denies the allegations in paragraph 69.

70.    In response to paragraph 70 of the Complaint, Defendant denies the allegations in paragraph 70.

71.    In response to paragraph 71 of the Complaint, Defendant denies the allegations in paragraph 71.

72.    In response to paragraph 72 of the Complaint, Defendant denies the allegations in paragraph 72.

73.    In response to paragraph 73 of the Complaint, Defendant denies the allegations in paragraph 73.

74.    In response to paragraph 74 of the Complaint, Defendant denies the allegations in paragraph 74.

75.    In response to paragraph 75 of the Complaint, Defendant denies the allegations in paragraph 75.

76.    In response to paragraph 76 of the Complaint, Defendant denies the allegations in paragraph 76.

77.    In response to paragraph 77 of the Complaint, Borys did participate in a London operation with Defendant, but the suggestion it was an unnecessary operation is false, and thus the allegations of that nature are denied.

78.    In response to paragraph 78 of the Complaint, Borys was not "disgusted" or "upset" and the allegations are twisted and exaggerated and thus the allegations are denied.

79.    In response to paragraph 79 of the Complaint, Defendant denies the allegations in paragraph 79.

80.    In response to paragraph 80, other than suggesting they were in Miami to meet Tony Robbins, the allegations are generally accurate.

81.    In response to paragraph 81, Borys was supportive of Defendant at all relevant times and allegations suggesting otherwise are false and thus denied.

82.    In response to paragraph 82 of the Complaint, Defendant denies the allegations in paragraph 82.

83.    Defendant admits that Borys became Ballard's executive assistant, but Defendant denies the remaining allegations.

84.    In response to paragraph 84 of the Complaint, the allegations mix in some accurate statements with multiple falsehoods and exaggerations and thus the allegations are denied.

85.    In response to paragraph 85 of the Complaint, Defendant denies the allegations in paragraph 85.

86.    In response to paragraph 86 of the Complaint, Defendant denies the allegations in paragraph 86.

87.     In response to paragraph 87 of the Complaint, while Defendant cannot confirm or deny Borys' purported feelings, Defendant denies the allegations.

88.     In response to paragraph 88 of the Complaint, Defendant is unclear as to what the allegations mean, but he was the C.E.O. of OUR and was aware of what Bory was doing on operations. To the extent anything else is intended by the allegations, Defendant denies the allegations.

89.     In response to paragraph 89 of the Complaint, Defendant denies the allegations in paragraph 89.

90.     Any reference to legal proceedings in a protective order proceeding are irrelevant.

## PLAINTIFFS' ACCOUNTS—MARY HALL

91.     In response to paragraph 91, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91, and on that basis, Defendant denies the allegations.

92.     In response to paragraph 92, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92, and on that basis, Defendant denies the allegations.

93.     Defendant admits that Ballard spoke with Plaintiff Hall at a training and explained the nature of the rescue work that he did with OUR. Defendant admits that Plaintiff Hall informed Ballard that she was a professional actress. Defendant admits that Ballard made plans to begin training Plaintiff Hall as an operator. As to the remaining allegations in paragraph 93, Defendant denies the allegations.

94.    Defendant believes that Plaintiff Hall signed an NDA and the NDA speaks for itself as to the terms contained therein. Whether Hall requested or received a copy of what she signed is unknown to Defendant and thus denied.

95.    Defendant believes Hall attended one night of training and was not thereafter selected as an operative.

96.    Defendant was in a different group than Hall on that training, but believes she was training in a group with Coop.

97.    In response to paragraph 97 of the Complaint, Defendant denies the allegations in paragraph 97.

98.    In response to paragraph 98 of the Complaint, Defendant denies the allegations in paragraph 98.

99.    In response to paragraph 99 of the Complaint, Defendant denies the allegations in paragraph 99.

100.    In response to paragraph 100 of the Complaint, the description of the Couples Ruse sounds generally accurate, but Defendant denies all other allegations in paragraph 100.

101.    In response to paragraph 101 of the Complaint, Defendant denies the allegations in paragraph 101.

102.    In response to paragraph 102 of the Complaint, Defendant is unaware of Plaintiff's personal feelings but otherwise denies the allegations.

103.    In response to paragraph 103 of the Complaint, Defendant denies the allegations in paragraph 103.

104.    In response to paragraph 104 of the Complaint, Defendant denies the allegations in paragraph 104.

105.   In response to paragraph 105 of the Complaint, Defendant denies the allegations in paragraph 105.

106.   In response to paragraph 106 of the Complaint, Defendant denies the allegations in paragraph 106.

107.   In response to paragraph 107 of the Complaint, Defendant denies the allegations.

108.   In response to paragraph 108, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108, and on that basis, Defendant denies the allegations.

109.   In response to paragraph 109 of the Complaint, Defendant denies the allegations in paragraph 109.

110.   In response to paragraph 110, Defendant believes Hall likely signed an NDA as was standard but denies all other allegations.

111.   In response to paragraph 111 of the Complaint, Defendant denies the allegations in paragraph 111.

112.   In response to paragraph 112 of the Complaint, Defendant denies the allegations in paragraph 112 as they relate to an alleged "lick-attack" by Ballard or that Ballard became upset and "dropped Hall." As to whom Hall spoke with or what she said or was said to her, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112, and on that basis, Defendant denies the allegations.

## PLAINTIFFS' ACCOUNTS—SASHLEIGHA HIGHTOWER

113.   Paragraph 113 contains conclusions that do not require a response. To the extent that a response is required, Defendant is without knowledge or information sufficient to

form a belief as to the truth of the allegations in paragraph 113, and on that basis, Defendant denies the allegations.

114.   In response to paragraph 114 of the Complaint, Hightower volunteered herself as a potential operator.

115.   Defendant believes Hightower signed an NDA as is standard, and the NDA speaks for itself regarding the terms therein. As to the reaming allegations, Defendant denies them.

116.   In response to paragraph 116, Defendant admits that Ballard explained an operation tactic known as the "Couples Ruse" to Plaintiff Hightower. As to the remaining allegations in paragraph 116, Defendant denies them.

117.   In response to paragraph 117, Defendant admits that Ballard explained an operation tactic known as the "Couples Ruse" to Plaintiff Hightower. As to the remaining allegations in paragraph 117, Defendant denies them.

118.   In response to paragraph 118, Defendant admits that Ballard informed Hightower that he preferred to work with real people over cops.

119.   In response to paragraph 119 of the Complaint, Defendant denies the allegations in paragraph 119.

120.   In response to paragraph 120 of the Complaint, Hightower did not express confusion or concern and the allegations are thus denied.

121.   In response to paragraph 121 of the Complaint, Defendant denies the allegations in paragraph 121.

122.   In response to paragraph 122 of the Complaint, this is consistent with what may have been said to Hightower.

123.   In response to paragraph 123 of the Complaint, the allegation is vague but it may refer Hugh Vail whom Defendant expressed concerns about.

124.   In response to paragraph 124 of the Complaint, Defendant denies the allegations in paragraph 124.

125.   In response to paragraph 125 of the Complaint, Defendant denies the allegations in paragraph 125.

126.   Defendant admits the allegations of paragraph 126.

127.   In response to paragraph 127 of the Complaint, Defendant recalls a stop at Glenn Beck's house at some point, as to the remaining allegations, Defendant denies them.

128.   In response to paragraph 128 of the Complaint, Defendant denies the allegations in paragraph 128.

129.   In response to paragraph 129 of the Complaint, the allegations mix in some accurate statements with multiple falsehoods and exaggerations and thus the allegations are denied.

130.   In response to paragraph 130 of the Complaint, the allegations mix in some accurate statements with multiple falsehoods and exaggerations and thus the allegations are denied.

131.   In response to paragraph 131 of the Complaint, Defendant denies the allegations in paragraph 131.

132.   In response to paragraph 132 of the Complaint, the first sentence is denied, the second sentence is admitted.

133.   In response to paragraph 133 of the Complaint, Defendant denies the allegations in paragraph 133.

134.   In response to paragraph 134 of the Complaint, Defendant denies the allegations in paragraph 134.

135.   In response to paragraph 135, Defendant denies the allegations.

136.   In response to paragraph 136 of the Complaint, Defendant cannot speak as to what Hightower thought she saw or felt and Defendant recalls an evening where Hightower did not want to participate in ongoing operations and stayed behind. Defendant denies the allegations against him in paragraph 136.

137.   In response to paragraph 137 of the Complaint, Defendant denies the allegations in paragraph 137.

138.   In response to paragraph 138 of the Complaint, Defendant denies the allegations in paragraph 138.

139.   In response to paragraph 139 of the Complaint, Defendant denies the allegations in paragraph 139.

140.   In response to paragraph 140 of the Complaint, Defendant denies the allegations in paragraph 140.

141.   In response to paragraph 141 of the Complaint, Defendant denies the allegations in paragraph 141.

142.   In response to paragraph 142 of the Complaint, Defendant denies the allegations in paragraph 142.

143.   In response to paragraph 143 of the Complaint, Defendant denies the allegations in paragraph 143.

## PLAINTIFFS' ACCOUNTS—KRISTA KACEY

144.   In response to paragraph 144 of the Complaint, Defendant does not recall such conversations, and the allegations are irrelevant.

145.   In response to paragraph 145 of the Complaint, Defendant denies the allegations in paragraph 145.

146.   In response to paragraph 146 of the Complaint, Defendant denies the allegations in paragraph 146.

147.   In response to paragraph 147 of the Complaint, Defendant denies the allegations in paragraph 147.

148.   In response to paragraph 148 of the Complaint, Defendant denies the allegations in paragraph 148.

149.   In response to paragraph 149 of the Complaint, the allegations mix in some accurate statements with multiple falsehoods and exaggerations and thus the allegations are denied.

150.   In response to paragraph 150 of the Complaint, Defendant denies the allegations in paragraph 150.

151.   In response to paragraph 151 of the Complaint, Defendant admits each recorded videos confirming the appropriate nature of the operations, but any suggestion the videos were anything other than voluntary and truthful is false and is thus denied.

152.   In response to paragraph 152 of the Complaint, the allegations mix in some accurate statements with multiple falsehoods and exaggerations and thus the allegations are denied.

153.   In response to paragraph 153 of the Complaint, Defendant denies the allegations in paragraph 153.

154.   In response to paragraph 154 of the Complaint, Defendant denies the allegations in paragraph 154.

155.   In response to paragraph 155, Defendant denies saying the things suggested by the allegations.

156.   In response to paragraph 156 of the Complaint, Defendant was not involved in Kacey's broken foot which he understands occurred while she was engaged in recreational activity, and he did not leave Kacey behind when she was partnered with him. Defendant denies all other allegations in paragraph 156.

157.   In response to paragraph 157 of the Complaint, Defendant denies the allegations in paragraph 157.

158.   In response to paragraph 158, Defendant denies the allegations.

159.   In response to paragraph 159 of the Complaint, Defendant denies the allegations in paragraph 159.

160.   In response to paragraph 160 of the Complaint, Defendant denies the allegations in paragraph 160.

161.   In response to paragraph 161 of the Complaint, Defendant denies the allegations in paragraph 161.

162.   In response to paragraph 162 of the Complaint, Defendant denies the allegations in paragraph 162.

163.   In response to paragraph 163 of the Complaint, Defendant denies the allegations in paragraph 163.

164.   In response to paragraph 164 of the Complaint, Defendant denies the allegations in paragraph 164.

## PLAINTIFFS' ACCOUNTS—KIRA LYNCH

165.   In response to paragraph 165 of the Complaint, Defendant admits some of the topics were discussed, but denies the balance of the allegations in paragraph 165.

166.   In response to paragraph 166 of the Complaint, the allegations mix in some semi-accurate statements with multiple falsehoods and exaggerations and thus the allegations are denied.

167.   In response to paragraph 167 of the Complaint, the allegations mix in some semi-accurate statements with falsehoods and exaggerations and thus the allegations are denied.

168.   In response to paragraph 168 of the Complaint, Defendant denies the allegations in paragraph 168.

169.   In response to paragraph 169 of the Complaint, Defendant denies the allegations in paragraph 169.

170.   In response to paragraph 170 of the Complaint, Defendant denies the allegations in paragraph 170.

171.   In response to paragraph 171 of the Complaint, Defendant denies the allegations in paragraph 171.

172.   In response to paragraph 172 of the Complaint, Defendant denies the allegations in paragraph 172.

173.   In response to paragraph 173 of the Complaint, Defendant denies the allegations in paragraph 173.

174.   In response to paragraph 174 of the Complaint, Defendant denies the allegations in paragraph 174.

175.   In response to paragraph 175 of the Complaint, Defendant denies the allegations in paragraph 175.

176.   In response to paragraph 176 of the Complaint, Defendant denies the allegations in paragraph 176.

177.   In response to paragraph 177 of the Complaint, Defendant denies the allegations in paragraph 177.

178.   In response to paragraph 178 of the Complaint, Defendant denies the allegations in paragraph 178.

179.   In response to paragraph 179 of the Complaint, Defendant denies the allegations in paragraph 179.

180.   In response to paragraph 180 of the Complaint, Defendant denies the allegations in paragraph 180.

181.   In response to paragraph 181 of the Complaint, Defendant denies the allegations in paragraph 181.

182.   In response to paragraph 182 of the Complaint, Defendant denies the allegations in paragraph 182.

183.   In response to paragraph 183 of the Complaint, Defendant denies the allegations in paragraph 183.

184.   In response to paragraph 184 of the Complaint, Defendant denies the allegations in paragraph 184.

185.   In response to paragraph 185 of the Complaint, Defendant denies the allegations in paragraph 185.

186.   In response to paragraph 186 of the Complaint, Defendant denies the allegations in paragraph 186.

187.   In response to paragraph 187 of the Complaint, Defendant denies the allegations in paragraph 187.

188.   In response to paragraph 188 of the Complaint, Defendant denies the allegations in paragraph 188.

189.   In response to paragraph 189 of the Complaint, Defendant admits that Ballard received a haircut from Lynch. As to the remaining allegations in paragraph 189 of the Complaint, Defendant denies the allegations in paragraph 189.

190.   In response to paragraph 190 of the Complaint, Defendant denies the allegations in paragraph 190.

191.   In response to paragraph 191 of the Complaint, Defendant denies the allegations in paragraph 191.

192.   In response to paragraph 192 of the Complaint, Defendant denies the allegations in paragraph 192.

193.   In response to paragraph 193 of the Complaint, Defendant denies the allegations in paragraph 193.

194.   In response to paragraph 194 of the Complaint, Defendant denies the allegations in paragraph 194.

195.   In response to paragraph 195 of the Complaint, Defendant denies the allegations in paragraph 195.

196.   In response to paragraph 196 of the Complaint, Lynch attended an event where Defendant was sitting in a private area, and Lynch sought him out. Defendant denies the other allegations in paragraph 196.

197.   In response to paragraph 197 of the Complaint, Defendant is unaware of what Lynch claims to have thought or dreamed, but to the extent any conduct by Defendant is implied, Defendant denies the allegations.

198.   In response to paragraph 198 of the Complaint, Defendant is unaware of what Lynch claims to have thought or dreamed, but to the extent any conduct by Defendant is implied, Defendant denies the allegations.

199.   In response to paragraph 199 of the Complaint, Defendant is unaware of what Lynch claims to have thought or dreamed, but to the extent any conduct by Defendant is implied, Defendant denies the allegations.

## PLAINTIFFS' ACCOUNTS—BREE RIGHTER

200.   In response to paragraph 200 of the Complaint, Defendant had very limited interaction with Righter and lacks knowledge sufficient to admit or deny and thus denies the allegations in paragraph 200.

201.   In response to paragraph 201 of the Complaint, Defendant had very limited interaction with Righter and lacks knowledge sufficient to admit or deny and thus denies the allegations in paragraph 201.

202.   In response to paragraph 202 of the Complaint, the Couples Ruse was for some of the reasons stated. However, Defendant had very limited interaction with Righter and lacks knowledge sufficient to admit or deny and thus denies the remaining allegations in paragraph 202.

203.   In response to paragraph 203 of the Complaint, Defendant did not communicate an assignment to Righter. Defendant had very limited interaction with Righter and lacks knowledge sufficient to admit or deny and thus denies the remaining allegations in paragraph 203.

204.   In response to paragraph 204 of the Complaint, Defendant had very limited interaction with Righter and lacks knowledge sufficient to admit or deny and thus denies the allegations in paragraph 204.

205.   In response to paragraph 205 of the Complaint, Defendant had very limited interaction with Righter and lacks knowledge sufficient to admit or deny and thus denies the allegations in paragraph 205.

206.   In response to paragraph 206 of the Complaint, Righter was enthusiastically participating but was free to leave at any time. Further, Defendant had very limited interaction with Righter and lacks knowledge sufficient to admit or deny and thus denies the remaining allegations in paragraph 206.

207.   In response to paragraph 207 of the Complaint, Defendant denies the allegations in paragraph 207.

208.   In response to paragraph 208 of the Complaint, Defendant denies the allegations in paragraph 208.

209.   In response to paragraph 209 of the Complaint, Defendant denies the allegations in paragraph 209.

210.   In response to paragraph 210 of the Complaint, Defendant denies the allegations in paragraph 210.

211.   In response to paragraph 211 of the Complaint, Defendant denies the allegations in paragraph 211.

212.   In response to paragraph 212 of the Complaint, Defendant denies the allegations in paragraph 212.

213.   In response to paragraph 213 of the Complaint, Defendant denies the allegations in paragraph 213.

214.   In response to paragraph 214 of the Complaint, Defendant denies the allegations in paragraph 214.

215.   In response to paragraph 215 of the Complaint, Defendant denies the allegations in paragraph 215.

216.   In response to paragraph 216 of the Complaint, Defendant denies the allegations in paragraph 216.

217.   In response to paragraph 217 of the Complaint, Defendant denies the allegations in paragraph 217.

218.   In response to paragraph 218 of the Complaint, these are allegations of Lynch's feelings, conclusions, thoughts, state of mind, and more, to which no response is required. To the extent a response is required, Defendant denies the allegations.

219.   In response to paragraph 219 of the Complaint, while Defendant cannot know what was said in a conversation he was not present for, Defendant denies the allegations.

220.   In response to paragraph 220 of the Complaint, Defendant was not present at the alleged injury and thus lacks sufficient knowledge to admit or deny and therefore denies the allegations.

221.   In response to paragraph 221 of the Complaint, no response is required to purported false statements in an alleged Vice article.

222.   In response to paragraph 222 of the Complaint, Defendant denies the allegations in paragraph 222.

## PLAINTIFFS' CLAIM FOR FORCED LABOR

223.   In response to paragraph 223, Defendant incorporates all of his prior responses.

224.   Paragraph 224 of the Complaint is a recitation of statute and is not an allegation against Defendants. Therefore, no response is required.

225.   In response to paragraph 225 of the Complaint, Defendant denies the allegations in paragraph 225.

226.   In response to paragraph 226 of the Complaint, Defendant denies the allegations in paragraph 226.

227.   In response to paragraph 227 of the Complaint, Defendant denies the allegations in paragraph 227.

228.   In response to paragraph 228 of the Complaint, Defendant denies the allegations in paragraph 228.

229.   In response to paragraph 229 of the Complaint, Defendant denies the allegations in paragraph 229.

## PLAINTIFFS' CLAIM FOR SEX TRAFFICKING BY FORCE, FRAUD, OR COERCION

230.   In response to paragraph 230, Defendant incorporates all of his prior responses.

231.   Paragraph 231 of the Complaint is a recitation of statute and is not an allegation against Defendants. Therefore, no response is required.

232.   In response to paragraph 232 of the Complaint, Defendant denies the allegations in paragraph 232.

233.   In response to paragraph 233 of the Complaint, Defendant denies the allegations in paragraph 233.

234.   In response to paragraph 234 of the Complaint, Defendant denies the allegations in paragraph 234.

235.   In response to paragraph 235 of the Complaint, Defendant denies the allegations in paragraph 235.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully prays for the following relief, including but not limited to:

1. Dismissing Plaintiffs' Second Amended Complaint with prejudice;

2. That Plaintiffs take nothing thereby;

3.  Defendant be awarded its costs and attorneys' fees as provided by law; and

4.  For such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Defendant demand a jury trial on all issues so triable.

Dated:  January 12, 2026            CALL & JENSEN
                                    A Professional Corporation
                                    Mark L. Eisenhut


                                    By:*/s/ Mark L. Eisenhut*
                                        Mark L. Eisenhut

                                    Attorneys for Defendant Timothy Ballard

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 12, 2026, I electronically filed the foregoing document described as **DEFENDANT TIMOTHY BALLARD'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

By: /s/      *Mark L. Eisenhut*

Mark L. Eisenhut